# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | Case No. 1:16-CR-00034-JPJ |
| v. | |
| | |
| SITESH BANSI PATEL. | |

## DEFENDANT PATEL'S MOTION FOR LEAVE TO FILE GRAND JURY TESTIMONY TRANSCRIPT AND EXHIBITS UNDER SEAL

COMES NOW Defendant SITESH BANSI PATEL, by and through his counsel, Patrick Q. Hall and Christopher K. Kowalczuk, and respectfully moves the Court for leave to file the transcript of the grand jury testimony of Guillermo Ramos, the exhibits he provided to the Grand Jury at that time, and his November 2016 Memorandum of interview **under seal**.

This motion is made on the grounds that a Protective Order, Docket #6, was entered in this case, prohibiting the copying or other dissemination of discovery provided under that order.  Although that order did not specifically address the issue of filing discovery as exhibits with respect to pretrial motions, it would defeat the purpose of that order if defense counsel were simply to attach copies of the relevant exhibits to a publicly filed document.  Accordingly, defendant PATEL seeks to file that particular transcript, the attached Grand Jury Exhibits and Mr. Ramos' subsequent Memorandum of Interview under seal to prevent their public dissemination and to comply with the Protective Order.

Accordingly, defendant PATEL moves this court for an order authorizing the Court Clerk to file these items **under seal** for the court's review.

This motion is based on the instant motion, the records and files in this case, and any and all other matters which may be presented to the court at the time of the hearing on this motion.

Dated: February 13, 2017         Respectfully submitted,

/s/ *Patrick Q. Hall*
Patrick Q. Hall (admitted *pro hac vice*)
Law Offices of Patrick Q. Hall
1350 Columbia Street, Suite 601
San Diego, CA 92101
Phone: (619) 268-4040
Fax: (619) 268-4041
pat@pqhlaw.com

/s/ *Christopher K. Kowalczuk*
Christopher K. Kowalczuk
Law Offices of Christopher K. Kowalczuk
1018 2nd St SW
Roanoke, VA 24016
Phone: 540-345-0101
Fax: 540-342-0004 Fax
ckklawva@gmail.com

**ATTORNEYS FOR DEFENDANT SITESH PATEL**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 13, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

  Pursuant to the Electronic Case Filing Policies and Procedures, a courtesy copy of the foregoing pleading will be delivered to Chambers within one business day of the electronic filing.

           /s/ *Patrick Q. Hall*
           Patrick Q. Hall (admitted *pro hac vice*)
           Law Offices of Patrick Q. Hall
           1350 Columbia Street, Suite 601
           San Diego, CA 92101
           Phone: (619) 268-4040
           Fax: (619) 268-4041
           pat@pqhlaw.com