✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN _____ DISTRICT OF _____ VIRGINIA

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| SITESH BANSI PATEL | Case Number:   1:16CR00034-001 |

| PRESIDING JUDGE<br>James P. Jones | PLAINTIFF'S ATTORNEY<br>Randy Ramseyer, AUSA | DEFENDANT'S ATTORNEY<br>Christopher Kowalczuk, Patrick Hall |
|---|---|---|
| TRIAL DATE (S)<br>3/9/2017 | COURT REPORTER<br>Bridget Dickert, OCR | COURTROOM DEPUTY<br>Felicia Clark |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 76 | 3/9/2017 | Yes | Yes | Email from Randy Ramseyer to Joseph Davis in re: record requests / Sitesh Patel |
| | 29 | 3/9/2017 | Yes | Yes | Email from Sitesh Patel to Steven Wood dated 7/11/2011 / Sitesh Patel |
| | 30 | 3/9/2017 | Yes | Yes | Email from Sitesh Patel to Steve Wood dated 7/23/11 / Sitesh Patel |
| | 31 | 3/9/2017 | Yes | Yes | Email from Sitesh Patel to Steve Wood dated 9/9/2011 / Sitesh Patel |
| | 32 | 3/9/2017 | Yes | Yes | Email from Steve Wood to Sitesh Patel dated 9/12/2012 / Sitesh Patel |
| | 33 | 3/9/2017 | Yes | Yes | Email from Bryan Riddle to Sitesh Patel dated 12/16/08 / Sitesh Patel |
| | 34 | 3/9/2017 | Yes | Yes | Email from Bryan Riddle to Sitesh Patel dated 12/31/08 / Sitesh Patel |
| | 35 | 3/9/2017 | Yes | Yes | Email from Bryan Riddle to Sitesh Patel dated 1/5/09 / Sitesh Patel |
| | 36 | 3/9/2017 | Yes | Yes | Email from Bryan Riddle to Sitesh Patel dated 2/19/09 / Sitesh Patel |
| | 37 | 3/9/2017 | Yes | Yes | Email from Bryan Riddle to Sitesh Patel dated 3/10/09 / Sitesh Patel |
| | 38 | 3/9/2017 | Yes | Yes | Email from Bryan Riddle to Sitesh Patel dated 3/30/09 / Sitesh Patel |
| | 39 | 3/9/2017 | Yes | Yes | Email from Bryan Riddle to Sitesh Patel dated 4/2/09 / Sitesh Patel |
| | 40 | 3/9/2017 | Yes | Yes | Email from Bryan Riddle to Sitesh Patel dated 4/14/09 / Sitesh Patel |
| | 41 | 3/9/2017 | Yes | Yes | Email from Steve Wood to Sitesh Patel dated 4/17/09 / Sitesh Patel |
| | 42 | 3/9/2017 | Yes | Yes | Email from Steve Wood to Sitesh Patel dated 4/20/09 / Sitesh Patel |
| | 43 | 3/9/2017 | Yes | Yes | Email from Bryan Riddle to Sitesh Patel dated 7/21/09 / Sitesh Patel |
| | 44 | 3/9/2017 | Yes | Yes | Email from Bryan Riddle to Sitesh Patel dated 7/22/09 / Sitesh Patel |
| | 45 | 3/9/2017 | Yes | Yes | Email from Bryan Riddle to Sitesh Patel dated 7/28/09 / Sitesh Patel |
| | 46 | 3/9/2017 | Yes | Yes | Email from Bryan Riddle to Sitesh Patel dated 9/15/09 / Sitesh Patel |
| | 47 | 3/9/2017 | Yes | Yes | Email from Bryan Riddle to Sitesh Patel dated 12/15/09 / Sitesh Patel |
| | 48 | 3/9/2017 | Yes | Yes | Email from Steve Wood to Sitesh Patel dated 12/28/09 / Sitesh Patel |
| | 49 | 3/9/2017 | Yes | Yes | Email from Steve Wood to Sitesh Patel dated 12/28/09 / Sitesh Patel |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

✎AO 187A (Rev. 7/87)          **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA      vs.      SITESH BANSI PATEL | | | | | CASE NO. 1:16CR00034-001 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|  | 50 | 3/9/2017 | Yes | Yes | First email conversation with Brian in June 2008 / Sitesh Patel |
|  | 72 | 3/9/2017 | Yes | Yes | Email from Steve Wood to Sitesh Patel dated 1/13/10 / Sitesh Patel |
|  | 73 | 3/9/2017 | Yes | Yes | Email from Steve Wood to Sitesh Patel dated 2/3/11 / Sitesh Patel |
|  | 51 | 3/9/2017 | Yes | Yes | Photo of S & K Facility / Sitesh Patel |
|  | 52 | 3/9/2017 | Yes | Yes | Photo of S & K Facility / Sitesh Patel |
|  | 53 | 3/9/2017 | Yes | Yes | Photo of S & K Facility / Sitesh Patel |
|  | 54 | 3/9/2017 | Yes | Yes | Photo of S & K Facility / Sitesh Patel |
|  | 55 | 3/9/2017 | Yes | Yes | Photo of S & K Facility / Sitesh Patel |
|  | 56 | 3/9/2017 | Yes | Yes | Photo of S & K Facility / Sitesh Patel |
|  | 57 | 3/9/2017 | Yes | Yes | Photo of S & K Facility / Sitesh Patel |
|  | 58 | 3/9/2017 | Yes | Yes | Photo of S & K Facility / Sitesh Patel |
|  | 59 | 3/9/2017 | Yes | Yes | Photo of S & K Facility / Sitesh Patel |
|  | 60 | 3/9/2017 | Yes | Yes | Photo of S & K Facility / Sitesh Patel |
|  | 61 | 3/9/2017 | Yes | Yes | Photo of S & K Facility / Sitesh Patel |
|  | 62 | 3/9/2017 | Yes | Yes | Photo of S & K Facility / Sitesh Patel |
|  | 63 | 3/9/2017 | Yes | Yes | Photo of S & K Facility / Sitesh Patel |
|  | 64 | 3/9/2017 | Yes | Yes | Photo of S & K Facility / Sitesh Patel |
|  | 65 | 3/9/2017 | Yes | Yes | Photo of S & K Facility / Sitesh Patel |
|  | 66 | 3/9/2017 | Yes | Yes | Photo of S & K Facility / Sitesh Patel |
|  | 67 | 3/9/2017 | Yes | Yes | Photo of S & K Facility / Sitesh Patel |
|  | 68 | 3/9/2017 | Yes | Yes | Photo of S & K Facility / Sitesh Patel |
|  | 69 | 3/9/2017 | Yes | Yes | Photo of S & K Facility / Sitesh Patel |
|  | 70 | 3/9/2017 | Yes | Yes | Photo of S & K Facility / Sitesh Patel |
|  | 71 | 3/9/2017 | Yes | Yes | Photo of S & K Facility / Sitesh Patel |
| 51 |  | 3/9/2017 | Yes | Yes | Email from Steve Wood to Sitesh Patel dated 1/5/11 / Sitesh Patel |
| 52 |  | 3/9/2017 | Yes | Yes | Email from Steve Wood to Sitesh Patel dated 1/20/11 / Sitesh Patel |
| 53 |  | 3/9/2017 | Yes | Ref. | Email from Jacob Geissler to Sitesh Patel dated 7/16/19 / Sitesh Patel |

AO 187A (Rev. 7/87)                 **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA vs. | SITESH BANSI PATEL | CASE NO. 1:16CR00034-001 |
|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 54 | | 3/9/2017 | Yes | Ref. | Email from Jacob Geissler to Matt Hebert dated 8/17/10 / Sitesh Patel |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |