| | |
|---|---|
| **From:** | Sitesh Patel |
| **To:** | Steve Wood (steve@seriousnutritionsolutions.com) |
| **Subject:** | GMP Manual |
| **Date:** | Monday, July 11, 2011 5:05:00 PM |
| **Attachments:** | SOP Manual TOC.doc |

Ok attached is the cover pages of the GMP manual.

Basically what you are going to do with this is you are going to print it out and put it at the very front of a three ring binder. After the attached pages, there will be tabs, so you need to purchase tabs and label each one with the SOP #. So one tab will be QA-001, next one is QA-002, etc.

You need to fill out the phone #'s for emergency contacts and add names if necessary. Next email will be the first set of SOP's for this folder.

**Sitesh Patel, Pharm.D.**
SK Laboratories, Inc.
5420 E. La Palma Ave
Anaheim, CA 92807
(714) 695-9800 Ext. 228 (Phone)
(714) 695-9801 (Fax)
(714) 883-4766 (Mobile)

**PLEASE NOTE OUR NEW ADDRESS AND PHONE NUMBERS!**



<div style="border:1px solid black; text-align:center;">

**Serious Nutrition Solutions**
**Danville, VA**

# *GOOD MANUFACTURING PRACTICES MANUAL 2011*

</div>

Revised July 2011

# cGMP Manual
# Table of Contents

**Emergency Phone Numbers**

**Introduction**
    A. Purpose
    B. Product Standards

**Standard Operating Procedure**

| | |
|---|---|
| QA-001 | DISEASE CONTROL |
| QA-002 | PERSONAL PRACTICES |
| QA-003 | EMPLOYEE GMP TRAINING |
| QA-004 | GROUNDS |
| QA-005 | FACILITIES |
| QA-006 | SANITATION OF BUILDINGS AND FACILITITES |
| QA-006-001 | MASTER SANITATION SCHEDULE |
| QA-007 | CLEANING AND SANITIZING AGENTS |
| QA-008 | PEST CONTROL |
| QA-009 | TOILET AND LOCKER ROOM FACILITIES |
| QA-0010 | HAND WASHING AND TOILET FACILITIES |
| QA-011 | TRASH DISPOSAL |
| QA-012 | SANITATION SUPERVISION |
| QA-013 | QUALITY ASSURANCE / QUALITY CONTOL OPERATIONS |
| QA-014 | PRODUCT SHELF LIFE |
| QA-015 | MASTER PRODUCTION AND CONTROL RECORDS |
| QA-016 | BATCH PRODUCTION AND CONTROL RECORDS |
| QA-017 | ESTABLISHING RAW MATERIAL SPECIFICATIONS |
| QA-018 | RECEIVING PROCEDURE |
| QA-019 | RECEVING, HADLING AND STORAGE OF RAW MATERIALS |
| QA-020 | RECEIVING PROCEDURE FOR PACKAGED GOODS |

| QA-021 | STORAGE AND DISTRIBUTION OF FINISHED PRODUCT |
|---|---|
| QA-021-001 | SAMPLING OF FINISHED PRODUCT |
| QA-022 | SHIPPING OF FINISHED PRODUCTS |
| QA-023 | DISTRIBUTION RECORDS |
| QA-24 | SAMPLE RETENTION |
| QA-025 | RECORDS RETENTION AND DISPOSITION |
| QA-026 | CONSUMER COMPLAINTS |
| QA-027 | PRODUCT RECALL PROCEDURE |
| QA-028 | RETURNED AND RETAINED PRODUCT |
| QA-29 | EMPLOYEE TRAINING |
| QA-030 | DESTRUCTION OR DISPOSAL OF PRODUCT |
| QA-031 | RAW MATERIAL AND VENDOR APPROVAL |
| QA-032 | PRODUCT LABELING |
| QA-034 | DEVIATIONS |
| QA-035 | ADVERSE EVENT REPORTING |
| QA-036 | CALIBRATION OF SCALES |
| QA-036 | JOB DESCRIPTIONS |
| QA-037 | EQUIPMENT LIST |

## Serious Nutrition Solutions, VA
## Emergency Phone List

Steve Wood _____ ( ) _____ ( )

John Dodd _____ ( ) _____ ( )

_____ ( ) _____ ( )

Updated 07/11

**Danville Police Department – 911**
**Non-Emergency – (434) 799-5111**

**Anaheim Fire Department - 911**
**(434) 799-5226 (Non-Emergency)**

## Good Manufacturing Practices for Dietary Supplements

**Purpose:** Good Manufacturing Practices (GMP's) as defined by the Food and Drug Administration in 21 CFR part 111 are the minimum sanitary and processing requirements for food companies. This manual provides written practices and procedures for the manufacture, processing, testing, labeling, storing and shipping of Serious Nutrition Solutions products.

We believe that these Good Manufacturing Practices are in the best of interest of our customers. These guidelines provide reasonable assurance of our product's safety, quality, purity, and potency and that they accurately and truthfully reflect our label claims.

**Document Revisions:** All addition, revisions and deletions to this document must be approved by the Quality Assurance Team and authorized by the President.

# Purpose

Serious Nutrition Solutions 3 Primary Goals Are:

1) To Provide Top Quality Products
2) Cost Effect Prices
3) The Best Customer Service in the Industry

A Word About Each Goal:

Top Quality Products:

In an industry where so many products are not what they seem, we take steps to ensure that all of our products are manufactured in GMP approved facilities using top quality ingredients. We also offer independent lab test results on the majority of our products to further ensure product quality and potency.

Cost Effective Prices:

We stress the term cost effective a lot. What we mean is this - A cost effective product is the best quality product that you can buy for the money that you spend. We use the distinction cost effective because it is very different than saying the cheapest product. We are very cautious about the quality of our products and will not cut quality to bring down a price. Therefore, we provide the best quality product at the best possible price.

Customer Service:

Our customers, retailers, and distributors are important to us. When you contact us, you do not reach order takers, you reach customer service professionals that care about you and helping you achieve your individual goals. We are available to help you in any way that we can. Feel free to contact us with any comments, questions, feedback, things you would like to see from us, etc.

# Product Standards

## Dietary Supplements

Good Manufacturing Practices:
    All products and procedures shall meet published Good Manufacturing Standards (GMP's).
    Where available and applicable, the specific GMP's issued by the C.R.N, NNFA or AHPA shall be rigorously met.

Ingredients/Nutrients:

    Only safe suggested dosage levels will be used.
    All dietary substances must have a certificate of analysis verifying ingredient identity and quality.
    All products must be quarantined and released prior to use.

Ingredients/Excipients:

    All excipients shall be purified pre-approved food grade products with applicable, published monographs.

Potencies, Overages & Weights:
    All products shall be manufactured to provide label-claimed potencies of all nutrients through product shelf life.
    All products shall be manufactured to ensure that nutrient overages do no exceed safe levels.
    All capsules and tablets shall meet the proposed U.S.P. Standards for weight variation of >90%-110%<.