| | |
|---|---|
| **From:** | Sitesh Patel |
| **To:** | Steve Wood (steve@seriousnutritionsolutions.com) |
| **Subject:** | SOP"s |
| **Date:** | Saturday, July 23, 2011 11:31:17 AM |

Everything ok with the first set? I'm getting ready to send you the next set over..

Did you setup that binder with the dividers?

**Sitesh Patel, Pharm.D.**
SK Laboratories, Inc.
5420 E. La Palma Ave
Anaheim, CA 92807
(714) 695-9800 Ext. 228 (Phone)
(714) 695-9801 (Fax)
(714) 883-4766 (Mobile)

**PLEASE NOTE OUR NEW ADDRESS AND PHONE NUMBERS!**

