| | |
|---|---|
| **From:** | Steve Wood |
| **To:** | Sitesh Patel |
| **Subject:** | re: SOP's |
| **Date:** | Monday, September 12, 2011 6:18:53 PM |

QA-013 wouldnt open

---

**From:** "Sitesh Patel" <Sitesh@sklabs.com>
**Sent:** Friday, September 09, 2011 6:31 PM
**To:** "Steve Wood" <steve@seriousnutritionsolutions.com>
**Subject:** SOP's

Here is the next set. I will have to train you guys on this one so let set up a time when you are free.

**Sitesh Patel, Pharm.D.**
SK Laboratories, Inc.
5420 E. La Palma Ave
Anaheim, CA 92807
(714) 695-9800 Ext. 228 (Phone)
(714) 695-9801 (Fax)
(714) 883-4766 (Mobile)

**PLEASE NOTE OUR NEW ADDRESS AND PHONE NUMBERS!**

---

No virus found in this message.
Checked by AVG - www.avg.com
Version: 10.0.1392 / Virus Database: 1520/3892 - Release Date: 09/12/11

