**From:** bryan@competitiveedgelabs.com
**To:** sitesh@sklabs.com
**Subject:** RE: SNS CEE 120ct
**Date:** Tuesday, December 16, 2008 5:45:07 PM

I talked with SNS about it. Do you think you can do 3.15? If so, I can submit a PO tomorrow.

---

**From:** Sitesh Patel [mailto:sitesh@sklabs.com]
**Sent:** Tuesday, December 16, 2008 7:15 PM
**To:** bryan@competitiveedgelabs.com
**Subject:** RE: SNS CEE 120ct

Ok with us supplying it is $3.21 a bottle. This is with me putting NO markup on raw material cost. Basically when we cost something out we markup the same way you guys do.. based upon overall cost. At $3.21 I am giving you raws at cost and only making money of mfg cost.

**Sitesh Patel, Pharm.D.**
SK Laboratories, Inc.
1173 N Grove St
Anaheim, CA 92806
(714) 630-5006 (Office)
(714) 630-9009 (Fax)
(714) 883-4766 (Mobile)

---

**From:** bryan@competitiveedgelabs.com [mailto:bryan@competitiveedgelabs.com]
**Sent:** Sunday, December 14, 2008 5:26 PM
**To:** sitesh@sklabs.com
**Subject:** RE: SNS CEE 120ct

What is the quote with you supplying? Can you get it to under 3.00?

---

**From:** Sitesh Patel [mailto:sitesh@sklabs.com]
**Sent:** Friday, December 12, 2008 2:52 PM
**To:** bryan@competitiveedgelabs.com
**Subject:** RE: SNS CEE 120ct

Sorry sorry, my mistake. That was with you guys supplying the CEE. I have to get these capsules from Capsugel which is $1 more then what we usually pay for colored #00 and I have to granulate, dry, and mill the material.

**Sitesh Patel, Pharm.D.**
SK Laboratories, Inc.
1173 N Grove St
Anaheim, CA 92806
(714) 630-5006 (Office)
(714) 630-9009 (Fax)
(714) 883-4766 (Mobile)

---

**From:** bryan@competitiveedgelabs.com [mailto:bryan@competitiveedgelabs.com]
**Sent:** Thursday, December 11, 2008 5:37 PM
**To:** sitesh@sklabs.com
**Subject:** RE: SNS CEE 120ct



DEFENDANT'S EXHIBIT 33  3/9/17
1:16CR34

Let me confirm, 2.40 per unit with you supplying the CEE? If so, I can get you a PO on this tomorrow.

Do you have the CEE tested beforehand? (You probably remember the issues with this in the past)

**From:** Sitesh Patel [mailto:sitesh@sklabs.com]
**Sent:** Thursday, December 11, 2008 1:29 PM
**To:** bryan@competitiveedgelabs.com
**Subject:** SNS CEE 120ct

Price is $2.40 with us supplying the material. Price is a bit higher because a) capsules are coming form Capsugel which are cost more, and b) I need to granulate and dry the material in the oven which requires a lot of extra labor. This would be an '09 delivery as well.

**Sitesh Patel, Pharm.D.**
SK Laboratories, Inc.
1173 N Grove St
Anaheim, CA 92806
(714) 630-5006 (Office)
(714) 630-9009 (Fax)
(714) 883-4766 (Mobile)

No virus found in this message.
Checked by AVG - www.avg.com
Version: 10.0.1392 / Virus Database: 1520/3842 - Release Date: 08/18/11