| | |
|---|---|
| **From:** | bryan@competitiveedgelabs.com |
| **To:** | "Sitesh Patel" |
| **Subject:** | need a quote for sns beta alanine |
| **Date:** | Wednesday, December 31, 2008 8:37:37 AM |

Steve from SNS sent this to me and asked that I get a quote from you.

He also asked that you quote a 250 gram beta alanine as well; same specs

**From:** steve@seriousnutritionsolutions.com [mailto:steve@seriousnutritionsolutions.com]
**Sent:** Tuesday, December 30, 2008 7:50 PM
**To:** bryan@competitiveedgelabs.com
**Subject:** need a quote please

Bryan:

Please get Sitesh (sp?) to quote for us:
Beta Alanine powder – 500 grams
Unflavored
Would like a 1 gram scooper in the container

For the container size, use the appropriate size like we do for our 501 capsule product; lid to have the handle.

Let me know what that would be, and please convey my thanks for the quotes and I hope that we will be able to do a lot of business with them in the future.

Thanks,
Steve

No virus found in this message.
Checked by AVG - www.avg.com
Version: 10.0.1392 / Virus Database: 1520/3842 - Release Date: 08/18/11



DEFENDANT'S EXHIBIT 34  3/9/17  1:16CR34