| From: | bryan@competitiveedgelabs.com |
|---|---|
| To: | "Sitesh Patel" |
| Subject: | BCAA Xtreme to quote |
| Date: | Monday, January 05, 2009 8:46:42 AM |

Product Name: BCAA Xtreme
Container type: Same as their 501's, whatever size is appropriate

30 and 90 serving containers.
One serving is 2 scoops as represented below.
Flavors: Watermelon, Grape, Black Cherry, Pink Lemonade, Blue Raspberry

^^^ they will likely start with the best 3 flavors from above

**From:** steve@seriousnutritionsolutions.com [mailto:steve@seriousnutritionsolutions.com]
**Sent:** Sunday, January 04, 2009 7:06 PM
**To:** bryan@competitiveedgelabs.com
**Subject:** please have sitesh quote

| 2 scoop serving | per 2 scoop |
|---|---|
| L-Leucine | 3.5 grams |
| Glutamine | 2.5 grams |
| L-Isoleucine | 1.8 grams |
| L-Valine | 1.8 grams |
| Citrulline Malate | 1 gram |
| Malic Acid | 200 mg |
| DMG | 50 mg |
| Vitamin B6 | 10 mg |



DEFENDANT'S EXHIBIT 35 3/9/17 1:16CR34