**From:** bryan@competitiveedgelabs.com
**To:** sitesh@sklabs.com
**Subject:** RE: Please quote RK-500 Xtreme; SNS project
**Date:** Thursday, February 19, 2009 3:00:03 PM

Sent you 50 kg of Raspberry Ketones and 1300 labels today.

50 kg should make approximately 1111 bottles.

500 mg per cap
90 caps per bottle

Consider this the PO.

---

**From:** Sitesh Patel [mailto:sitesh@sklabs.com]
**Sent:** Wednesday, November 05, 2008 12:20 PM
**To:** bryan@competitiveedgelabs.com
**Subject:** RE: Please quote RK-500 Xtreme; SNS project

So this is the same exact as Phenibut-XT? Both have red/white caps. Price would be the same - $2.10 per bottle.

Bottle: 200cc Dark Amber Paradigm
Lead Time: 2-3 weeks.

**Sitesh Patel, Pharm.D.**
SK Laboratories, Inc.
1173 N Grove St
Anaheim, CA 92806
(714) 630-5006 (Office)
(714) 630-9009 (Fax)
(714) 883-4766 (Mobile)

---

**From:** bryan@competitiveedgelabs.com [mailto:bryan@competitiveedgelabs.com]
**Sent:** Wednesday, November 05, 2008 8:33 AM
**To:** sitesh@sklabs.com
**Subject:** Please quote RK-500 Xtreme; SNS project

SNS Project

Raspberry Ketone raws will be supplied to you by them so this would be just a bottling fee.

500 mg per cap of Raspberry Ketones
Red & White capsules

90 capsules per bottle

Dark Amber Bottle

Please inform me of the following four things:
Price
Bottle Size
Lead Time
Quote



DEFENDANT'S
EXHIBIT
36   3/9/17
1:16CR34

I am wanting to try to get more of the SNS stuff steered your way. This would probably be 1000 bottles to start since you havent ran anything for them before, but general orders for them will be about 2000 bottles or so.