**From:** bryan@competitiveedgelabs.com
**To:** "Sitesh Patel"
**Subject:** FW: TTA-500 & RK-500 Xtreme PO"s
**Date:** Tuesday, March 10, 2009 8:19:33 AM
**Attachments:** tta500 raws.pdf
rk500 raws.pdf

**From:** steve@seriousnutritionsolutions.com [mailto:steve@seriousnutritionsolutions.com]
**Sent:** Tuesday, March 10, 2009 11:14 AM
**To:** bryan@competitiveedgelabs.com
**Subject:** TTA-500 & RK-500 Xtreme PO's

Please forward these to Sitesh.



DEFENDANT'S EXHIBIT