| From: | bryan@competitiveedgelabs.com |
|---|---|
| To: | "Sitesh Patel" |
| Subject: | BCAA Xtreme - please quote |
| Date: | Monday, March 30, 2009 8:59:36 AM |

See the below for formula info.

30 & 90 serving containers

Flavors: Blue Raspberry, Pink Lemonade, Grape, black cherry

**From:** steve@seriousnutritionsolutions.com [mailto:steve@seriousnutritionsolutions.com]
**Sent:** Monday, March 30, 2009 12:08 AM
**To:** bryan@competitiveedgelabs.com
**Subject:** BCAA Xtreme

| BCAA Xtreme | |
|---|---|
| Servings Per Container: 30 | |
| Serving Size: 2 scoops | |
| | |
| Per Serving: | Per 2 scoops |
| L-Leucine | 3.5 grams |
| L-Glutamine | 2.5 grams |
| L-Isoleucine | 1.8 grams |
| L-Valine | 1.8 grams |
| Citrulline Malate | 1 gram |
| Cordyceps Sinensis (7% Cordycepic Acid) | 500 mg |
| DMG | 50 mg |
| | |
| | |
| | |
| | |
| 30 serving & 90 serving | |
| | |

Flavors: Blue Raspberry, Pink Lemonade, Grape, black cherry

