| | |
|---|---|
| **From:** | bryan@competitiveedgelabs.com |
| **To:** | "Sitesh Patel" |
| **Subject:** | FW: please have sitesh quote liver assist xt |
| **Date:** | Thursday, April 02, 2009 5:46:13 PM |

See below for formula; bottle is dark amber PET, size 400cc

---

**From:** steve@seriousnutritionsolutions.com [mailto:steve@seriousnutritionsolutions.com]
**Sent:** Thursday, April 02, 2009 12:49 PM
**To:** bryan@competitiveedgelabs.com
**Subject:** please have sitesh quote liver assist xt

Supplement Facts
Serving Size: 3 capsules
Servings Per Container: 60
Amount Per Serving:

N-Acetyl-L-Cysteine – 1000 mg

Milk Thistle (80% standardized provides 480 mg Silymarin) – 600 mg

Turmeric (standardized to 95% curcuminoids) – 250 mg

Artichoke Extract (cynara scolymus)(standardized to contain 13% - 18% caffeoylquinic acids calculated as chorogenic acid) – 100 mg



DEFENDANT'S
EXHIBIT 3/9/17
39
1:16CR34