| From: | bryan@competitiveedgelabs.com |
|---|---|
| To: | "Sitesh Patel" |
| Subject: | RE: Credit Application |
| Date: | Tuesday, April 14, 2009 3:02:39 PM |

I will pass this on to the appropriate people here. Thanks

**From:** Sitesh Patel [mailto:sitesh@sklabs.com]
**Sent:** Tuesday, April 14, 2009 3:43 PM
**To:** bryan@competitiveedgelabs.com
**Subject:** Credit Application

Hey Bryan can you fill this out and email or fax it back to me? I need to get you guys going on terms.. thanks.

**Sitesh Patel, Pharm.D.**
SK Laboratories, Inc.
1173 N Grove St.
Anaheim, CA 92806
(714) 630-5006 (Office)
(714) 630-9009 (Fax)
(714) 883-4766 (Mobile)

