| | |
|---|---|
| **From:** | steve@seriousnutritionsolutions.com |
| **To:** | "Sitesh Patel" |
| **Subject:** | RE: When is the ETA for the Creatine E2? |
| **Date:** | Friday, April 17, 2009 10:35:50 AM |

That should be fine if you can do that on Monday. I hate to ever push, this has just been an ongoing thing for so long now. Like the TTA-500, we are completely out and its one of our best sellers.

As for shipping partial Creatine E2 on Monday, is there any way to possibly get some 3 day'd to us because shipping coast to coast will be a big delay, and we were supposed to ship this order out on Monday (which I know isn't possible), but at least if we could have it by wed or thurs.

**From:** Sitesh Patel [mailto:sitesh@sklabs.com]
**Sent:** Friday, April 17, 2009 1:12 PM
**To:** steve@seriousnutritionsolutions.com
**Subject:** RE: When is the ETA for the Creatine E2?

Hi Steve,

Yes Bryan has been pushing me for it and I am pushing my staff. It is done encapsulating just needing to be bottled. I would hate for you to lose any accounts over this, as ultimately it hurts me as well. Is it possible on Monday I can get you a partial shipment out on both the 120ct and 240ct to fulfill what is needed for that account? The remaining will go out later that week. Please let me know ASAP so I get everything arranged on my end.

I appreciate the patience Steve,

**Sitesh Patel, Pharm.D.**
SK Laboratories, Inc.
1173 N Grove St.
Anaheim, CA 92806
(714) 630-5006 (Office)
(714) 630-9009 (Fax)
(714) 883-4766 (Mobile)

**From:** steve@seriousnutritionsolutions.com [mailto:steve@seriousnutritionsolutions.com]
**Sent:** Friday, April 17, 2009 9:20 AM
**To:** 'Sitesh Patel'
**Subject:** When is the ETA for the Creatine E2?

I keep asking Bryan and have been hearing in a week for a month now. I am not trying to pester you, but we have had this PO in for months now and it was originally supposed to be a month lead time. I am on the verge of completely losing an international account over this.

Thanks,
Steve


DEFENDANT'S EXHIBIT