| | |
|---|---|
| **From:** | steve@seriousnutritionsolutions.com |
| **To:** | "Sitesh Patel" |
| **Subject:** | RE: When is the ETA for the Creatine E2? |
| **Date:** | Monday, April 20, 2009 11:02:40 AM |

Swamped today, but I will get your form to you this week.

For setup purposes:

Serious Nutrition Solutions
3801 US Highway 29, Suite A
Danville, VA 24540

Contact: Steve Wood or John Dodd
Office number: 434-836-1804

---

**From:** Sitesh Patel [mailto:sitesh@sklabs.com]
**Sent:** Monday, April 20, 2009 12:20 AM
**To:** steve@seriousnutritionsolutions.com
**Subject:** RE: When is the ETA for the Creatine E2?

No I agree with you here. These projects were far past what I had expected as well for turnaround time. But we will have just about everything for SNS cleared up very shortly.

As for the terms, we generally ask for 50% down and 50% upon receipt for all new accounts. But since we have been doing business indirectly through Bryan/CEL we are just asking for payment upon receipt of invoice. If you can send me the application that would be helpful as I have no information (with the exception of your email address) so we can setup your account in our system.

Also please let me know your thoughts on the Focus-XT product which you should have received or will receive very shortly. Personally, I am excited for the product as I thought the flavor and the effects are fantastic. I did the flavoring work on it, so your feedback will let me know if anything needs to be improved for the next batch.

**Sitesh Patel, Pharm.D.**
SK Laboratories, Inc.
1173 N Grove St.
Anaheim, CA 92806
(714) 630-5006 (Office)
(714) 630-9009 (Fax)
(714) 883-4766 (Mobile)

---

**From:** steve@seriousnutritionsolutions.com [mailto:steve@seriousnutritionsolutions.com]
**Sent:** Friday, April 17, 2009 2:08 PM
**To:** 'Sitesh Patel'
**Subject:** RE: When is the ETA for the Creatine E2?

A couple hundred of each should be good. The main thing is filling the international orders that we have waiting on it.

I know how manufacturing can be, but you have to admit that these two projects have been exceptionally delayed.

CEL projects are paid by CEL; SNS projects are paid from SNS.


DEFENDANT'S EXHIBIT

I will take a look at the form over the weekend. We generally pay invoices as they arrive as we prefer not to let them build up. Unless you need to establish the credit terms for us.

---

**From:** Sitesh Patel [mailto:sitesh@sklabs.com]
**Sent:** Friday, April 17, 2009 2:39 PM
**To:** steve@seriousnutritionsolutions.com
**Subject:** RE: When is the ETA for the Creatine E2?

Hi Steve,

Let me get you a partial on Monday – do you know quantities of how much you guys need of 120ct and 240ct? I will 3 day it over to you.

Our original plan was CE2 first, then TTA, then MCC. TTA we started running but had issues meeting capsule weight so had to do a wet granulation to form stronger heavier granules. Granulation takes about two days because it's a wet process, which then has to be dried and then remilled – so it delayed it by a few days. But let me force my staff to finish this up and do my best to ship it by the end of the week.

I do my best to keep everything on schedule but in the manufacturing world, when something can go wrong, it will go wrong.

I appreciate you contacting me and if there is anything else any time please by all means do let me know.

Also I have attached a credit application; we are currently billing CEL but payments are coming from SNS, so we would like to switch that over for accounting purposes.

**Sitesh Patel, Pharm.D.**
SK Laboratories, Inc.
1173 N Grove St.
Anaheim, CA 92806
(714) 630-5006 (Office)
(714) 630-9009 (Fax)
(714) 883-4766 (Mobile)

---

**From:** steve@seriousnutritionsolutions.com [mailto:steve@seriousnutritionsolutions.com]
**Sent:** Friday, April 17, 2009 10:38 AM
**To:** 'Sitesh Patel'
**Subject:** RE: When is the ETA for the Creatine E2?

That should be fine if you can do that on Monday. I hate to ever push, this has just been an ongoing thing for so long now. Like the TTA-500, we are completely out and its one of our best sellers.

As for shipping partial Creatine E2 on Monday, is there any way to possibly get some 3 day'd to us because shipping coast to coast will be a big delay, and we were supposed to ship this order out on Monday (which I know isn't possible), but at least if we could have it by wed or thurs.

---

**From:** Sitesh Patel [mailto:sitesh@sklabs.com]
**Sent:** Friday, April 17, 2009 1:12 PM
**To:** steve@seriousnutritionsolutions.com
**Subject:** RE: When is the ETA for the Creatine E2?

Hi Steve,

Yes Bryan has been pushing me for it and I am pushing my staff. It is done encapsulating just needing to be bottled. I would hate for you to lose any accounts over this, as ultimately it hurts me as well. Is it possible on Monday I can get you a partial shipment out on both the 120ct and 240ct to fulfill what is needed for that account? The remaining will go out later that week. Please let me know ASAP so I get everything arranged on my end.

I appreciate the patience Steve,

**Sitesh Patel, Pharm.D.**
SK Laboratories, Inc.
1173 N Grove St.
Anaheim, CA 92806
(714) 630-5006 (Office)
(714) 630-9009 (Fax)
(714) 883-4766 (Mobile)

---

**From:** steve@seriousnutritionsolutions.com [mailto:steve@seriousnutritionsolutions.com]
**Sent:** Friday, April 17, 2009 9:20 AM
**To:** 'Sitesh Patel'
**Subject:** When is the ETA for the Creatine E2?

I keep asking Bryan and have been hearing in a week for a month now. I am not trying to pester you, but we have had this PO in for months now and it was originally supposed to be a month lead time. I am on the verge of completely losing an international account over this.

Thanks,
Steve

---

No virus found in this message.
Checked by AVG - www.avg.com
Version: 10.0.1391 / Virus Database: 1520/3825 - Release Date: 08/10/11