| | |
|---|---|
| **From:** | bryan@competitiveedgelabs.com |
| **To:** | "Sitesh Patel" |
| **Subject:** | question from steve at sns |
| **Date:** | Tuesday, July 21, 2009 6:16:27 PM |

**From:** Steve Wood [mailto:steve@seriousnutritionsolutions.com]
**Sent:** Tuesday, July 21, 2009 8:40 PM
**To:** bryan@competitiveedgelabs.com
**Subject:** forward to sitesh please

For the Beta Alanine powder, is a serving size 1 scoop – 2 grams?

For the Creatine Monohydrate, is a serving size 1 scoop – 5 grams?

