**From:** bryan@competitiveedgelabs.com
**To:** "Sitesh Patel"
**Subject:** FW: beta alanine 250 gram
**Date:** Wednesday, July 22, 2009 4:23:48 PM

Steve asked me to forward to you

**From:** Steve Wood [mailto:steve@seriousnutritionsolutions.com]
**Sent:** Wednesday, July 22, 2009 2:59 PM
**To:** bryan@competitiveedgelabs.com
**Subject:** beta alanine 250 gram

We are going to make the beta alanine be 500 grams; the 250 grams is not cost effective. Please let Sitesh know.

Thanks,
Steve

