| From: | bryan@competitiveedgelabs.com |
|---|---|
| To: | "Sitesh Patel" |
| Subject: | FW: sns test booster |
| Date: | Tuesday, July 28, 2009 6:34:57 PM |
| Attachments: | test booster.xlsx |

Please quote this for me.
Dark Amber Bottle.
Can decide color of capsules later

**From:** Steve Wood [mailto:steve@seriousnutritionsolutions.com]
**Sent:** Tuesday, July 28, 2009 9:28 PM
**To:** bryan@competitiveedgelabs.com
**Subject:** sns test booster

| Per 2 caps: | |
|---|---|
| Coleus Forskohlii (20% Forskolin) | 125 mg |
| Epimedium (40% Icariin) | 250 mg |
| Indole-3-Carbinol | 175 mg |
| L Carnitine L Tartrate | 350 mg |
| Catuaba Extract (4:1) | 100 mg |
| Vitex agnus castus | 300 mg |
| Dodder Seed (20:1) | 50 mg |
| OptiZinc | 15 mg |

180 caps; 60 servings



DEFENDANT'S EXHIBIT 43 3/9/17 1:16CR34