| | |
|---|---|
| **From:** | bryan@competitiveedgelabs.com |
| **To:** | "Sitesh Patel" |
| **Subject:** | RE: Pct assist update |
| **Date:** | Tuesday, September 15, 2009 7:20:15 PM |

I am forwarding this to Steve bc he is the one that found the pricing, so I will get him to forward it to you

**From:** Sitesh Patel [mailto:sitesh@sklabs.com]
**Sent:** Monday, September 14, 2009 6:30 PM
**To:** bryan@competitiveedgelabs.com
**Subject:** RE: Pct assist update

Hey Bryan,

Spoke with each vendor to see where we were. Here is the break down.

The easy items (Icariin, I3C, Quercetin, Bioperine) are no problem.. we will have those in this week. The resveratrol is shipping today out of NJ that should be in either Friday or Monday.

Now the not so good news.. the Forskolin, the vendor is saying its going to be 4-6 weeks because the material comes from **India**. They originally did not state that on the quote, I even forward the quote to you. Can you get me in contact with your vendor that you received pricing from? I need to get this stuff in by weeks end.

Thanks,

**Sitesh Patel, Pharm.D.**
SK Laboratories, Inc.
1173 N Grove St.
Anaheim, CA 92806
(714) 630-5006 (Office)
(714) 630-9009 (Fax)
(714) 883-4766 (Mobile)

**From:** bryan@competitiveedgelabs.com [mailto:bryan@competitiveedgelabs.com]
**Sent:** Monday, September 14, 2009 12:24 PM
**To:** 'Sitesh Patel'
**Subject:** Pct assist update

???


DEFENDANT'S EXHIBIT 46 3/9/17