**From:** bryan@competitiveedgelabs.com
**To:** "Sitesh Patel"
**Subject:** FW: Please quote WMS and HRS
**Date:** Tuesday, December 15, 2009 7:22:55 PM

Please read below and let me know your thoughts

**From:** Steve Wood [mailto:steve@seriousnutritionsolutions.com]
**Sent:** Tuesday, December 15, 2009 10:21 PM
**To:** bryan@competitiveedgelabs.com
**Subject:** RE: Please quote WMS and HRS

Bryan:

If you order 4 tons (3636 kg) of HRS from China, it costs you 575/ton. A ton makes approx 909 kg. So, the raw cost is .63 per kg. Shipping charge on that would be 3150.00, which makes the delivered price be about 1.50 per kg.

If you order 11 tons (9999 kg)of WMS from china, it costs you 420/ton. A ton makes approx 909 kg. So, the raw cost is .46 per kg. Shipping charge on that would be 1650.00, which makes the delivered price per kg be .62 per kg.

What kg cost is being used for the HRS?

**From:** bryan@competitiveedgelabs.com [mailto:bryan@competitiveedgelabs.com]
**Sent:** Friday, December 11, 2009 1:25 PM
**To:** 'Steve Wood'
**Subject:** FW: Please quote WMS and HRS

**From:** Sitesh Patel [mailto:sitesh@sklabs.com]
**Sent:** Thursday, December 10, 2009 12:23 PM
**To:** bryan@competitiveedgelabs.com
**Subject:** RE: Please quote WMS and HRS

HRS – 2.2lb container into a 1 gallon jar - $8.82 per jar
HRS – 1.1lb container into a 60oz jar - $5.41 per jar

**Sitesh Patel, Pharm.D.**
SK Laboratories, Inc.
1173 N Grove St.
Anaheim, CA 92806
(714) 630-5006 (Office)
(714) 630-9009 (Fax)
(714) 883-4766 (Mobile)

**From:** bryan@competitiveedgelabs.com [mailto:bryan@competitiveedgelabs.com]
**Sent:** Wednesday, December 02, 2009 8:27 PM
**To:** 'Sitesh Patel'
**Subject:** Please quote WMS and HRS



Please quote the following:

Waxy Maize Starch
5 lb container - 2000 units
10 lb container - 1000 units

Unlfavored. Black Tub.

Hydrolyzed Rice Syrup (the pure type - sugar free)
2.2 lb container - 2000 units
1.1 lb container - 2000 units

Unflavored. Black Tub