| | |
|---|---|
| **From:** | Steve Wood |
| **To:** | "Sitesh Patel" |
| **Subject:** | Glycophase revised formula |
| **Date:** | Monday, December 28, 2009 5:00:01 PM |

Bryan had asked me to re-work the Glycophase product due to pricing. Please price this and let me know how it turns out. It should be a lot more reasonable. Also, you may be able to find some generic Na-R-ALA. It isn't technically supposed to exist since Geranova has the patent, but it does (or at least used to).

There is 840 mg in the formula. Can that be put in 1 capsule? I know that is pushing it a bit.

Glycophase
Serving Size: 1 capsule
Servings Per Container: 90

**Amount Per Serving:**
Na-R-ALA – 125 mg
Biotin – 500 mcg
Quercitin – 200 mg
Phellidendron Extract (Standardized to 90% Berberine) – 150 mg
Banaba Extract (Lagerstroemia Speciosa) (20% Corsolic Acid) – 150 mg
Cinnamon Extract 20:1 Extract – 125 mg
Fenugreek Seed Extract (Trigonella Seed) (Standardized to 98% 4-Hydroxyisoleucine) – 40 mg

Thanks,
Steve Wood, CEO
Serious Nutrition Solutions, LLC

No virus found in this message.
Checked by AVG - www.avg.com
Version: 10.0.1410 / Virus Database: 1520/3911 - Release Date: 09/21/11


DEFENDANT'S EXHIBIT 48 3/9/17
1:16CR34