**From:** Steve Wood
**To:** "Sitesh Patel"
**Subject:** Please quote: BCAA 4:1:1 (3 sizes)
**Date:** Monday, December 28, 2009 5:43:20 PM

I normally get Bryan to get our quotes for you, but this one is pretty simple.

I would like to get a quote on a BCAA product at 120, 240, and 501 capsules per bottle.

Per cap, I would like:
Leucine – 800 mg
Isoleucine – 100 mg
Valine – 100 mg

Not sure what pricing you can get on Leucine, but I can get 5.75 to 6.00 per kg and can provide you sources if need be.

Thanks,
Steve


DEFENDANT'S
EXHIBIT 3/9/17
4 9
1:16CR34