| | |
|---|---|
| **From:** | bryan@competitiveedgelabs.com |
| **To:** | sitesh@sklabs.com |
| **Subject:** | RE: New Order |
| **Date:** | Wednesday, June 25, 2008 1:17:29 PM |

1. Yes, I forwarded this information to the company owner today to have u added.
2. No, the bottle sent to the lab needs to be random. It is not acceptable for a manufacturer to send the bottle themselves because that could easily not be representative of the batch. I had discussed this with you before placing an order. Once we receive it, we will have test results within 3 days and will overnight you payment, thats not a problem. As far as shipping time, depends on how you ship it as to time.

---

**From:** Sitesh Patel [mailto:sitesh@sklabs.com]
**Sent:** Tuesday, June 24, 2008 7:35 PM
**To:** bryan@competitiveedgelabs.com
**Subject:** RE: New Order

Not a problem I will adjust it. 5kg should yield approximately 3200-3300 bottles.

A couple of other things:

1) Insurance – I remember speaking to you briefly about this before, but can your company add SK Labs as an additional insurer onto your policy? Our insurance does not cover these prohormone products so in order for us to continue producing them we needed to be added as additional insurers.

2) Product Testing – Do you want to us to send a bottle once we start packaging the product for testing directly to the lab? Reason I ask is you guys are VA, so assume shipping will take a week to reach you guys + time in transit for you to send sample bottle to lab + time for lab testing results, we are looking at roughly two weeks before test results are in and final payment can be sent. If we send a random bottle once we start the packaging process, we can probably shave at least a week off that time frame.

Please advise. Thanks,

**Sitesh Patel, Pharm.D.**
SK Laboratories, Inc.
1173 N Grove St
Anaheim, CA 92806
(714) 630-5006 (Office)
(714) 630-9009 (Fax)
(714) 883-4766 (Mobile)

---

**From:** bryan@competitiveedgelabs.com [mailto:bryan@competitiveedgelabs.com]
**Sent:** Tuesday, June 24, 2008 4:23 PM
**To:** sitesh@sklabs.com
**Subject:** RE: New Order

Was just informed of one adjustment. We only had 5 kg to send instead of 6, so that should be approx 3350 to 3400 bottles.

---

**From:** Sitesh Patel [mailto:sitesh@sklabs.com]
**Sent:** Tuesday, June 24, 2008 2:31 PM
**To:** bryan@competitiveedgelabs.com
**Subject:** RE: New Order



Bryan,

I have attached a blank standard PO. Just fill it out and send it over - I will take care of the rest.

**Sitesh Patel, Pharm.D.**
SK Laboratories, Inc.
1173 N Grove St
Anaheim, CA 92806
(714) 630-5006 (Office)
(714) 630-9009 (Fax)
(714) 883-4766 (Mobile)

**From:** bryan@competitiveedgelabs.com [mailto:bryan@competitiveedgelabs.com]
**Sent:** Tuesday, June 24, 2008 11:17 AM
**To:** sitesh@sklabs.com
**Subject:** RE: New Order

How do you need the PO formatted:

Product Name: H-Drol
Bottle: white, 125 cc
60 capsules per bottle
25 mg per cap

We are sending 6 kg. which will make approximately 4000 bottles.


**From:** Sitesh Patel [mailto:sitesh@sklabs.com]
**Sent:** Tuesday, June 24, 2008 11:54 AM
**To:** bryan@competitiveedgelabs.com
**Subject:** RE: New Order

Please make it out to SK Laboratories, Inc.

Also please be sure and to email the PO before hand.

Thanks!

**Sitesh Patel, Pharm.D.**
SK Laboratories, Inc.
1173 N Grove St
Anaheim, CA 92806
(714) 630-5006 (Office)
(714) 630-9009 (Fax)
(714) 883-4766 (Mobile)

**From:** bryan@competitiveedgelabs.com [mailto:bryan@competitiveedgelabs.com]
**Sent:** Monday, June 23, 2008 6:38 PM
**To:** sitesh@sklabs.com
**Subject:** RE: New Order

We will be sending them tomorrow along with a check for 3200.00. Make it out to SK labs?

**From:** Sitesh Patel [mailto:sitesh@sklabs.com]
**Sent:** Monday, June 23, 2008 7:38 PM
**To:** bryan@competitiveedgelabs.com
**Subject:** RE: New Order

Hi Bryan,

Please send them to my attention to my address listed below.

Thanks,

**Sitesh Patel, Pharm.D.**
SK Laboratories, Inc.
1173 N Grove St
Anaheim, CA 92806
(714) 630-5006 (Office)
(714) 630-9009 (Fax)
(714) 883-4766 (Mobile)

---

**From:** bryan@competitiveedgelabs.com [mailto:bryan@competitiveedgelabs.com]
**Sent:** Monday, June 23, 2008 4:30 PM
**To:** sitesh@sklabs.com
**Subject:** RE: New Order

What address do you want us to ship the raws to?
To your attention?

They can go out tomorrow

---

**From:** Sitesh Patel [mailto:sitesh@sklabs.com]
**Sent:** Monday, June 23, 2008 2:58 PM
**To:** bryan@competitiveedgelabs.com
**Subject:** New Order

Hi Bryan,

Pleasure speaking to you today. I just wanted to send you the email to confirm the following:

1) Production turn around on this batch will be 7 to 10 business days.
2) Pricing for 25mg/60ct per bottle 120cc will be $1.60 per bottle.
3) Terms are 50% downpayment, and 50% upon release of testing results. Please send 50% with the material.

If possible for all orders, please email the purchase order prior to sending raw materials so we can begin the paperwork process. The new GMP's require quite a bit of batch paperwork on our end so we need some time to account for that.

I look forward to working with your company. Please let me know if you have any questions,

**Sitesh Patel, Pharm.D.**
SK Laboratories, Inc.
1173 N Grove St
Anaheim, CA 92806
(714) 630-5006 (Office)
(714) 630-9009 (Fax)

(714) 883-4766 (Mobile)

---

No virus found in this message.
Checked by AVG - www.avg.com
Version: 10.0.1430 / Virus Database: 2634/5451 - Release Date: 12/11/12