





DEFENDANT'S EXHIBIT 3/9/17















DEFENDANT'S
EXHIBIT
6
1:16CR34















DEFENDANT'S
EXHIBIT
1:16CR0034









DEFENDANT'S
EXHIBIT 3/9/17
70
1:16CR34