| | |
|---|---|
| **From:** | Steve Wood |
| **To:** | "Sitesh Patel" |
| **Subject:** | RE: question & follow up |
| **Date:** | Wednesday, January 13, 2010 5:54:11 PM |

Thank you. I will contact him tomorrow most likely.

---

**From:** Sitesh Patel [mailto:sitesh@sklabs.com]
**Sent:** Wednesday, January 13, 2010 6:54 PM
**To:** 'Steve Wood'
**Subject:** RE: question & follow up

I would likely recommend All the whey. They are close to you (in PA) so the freight would not be outrageous, and they handle a lot of protein products.

Here is Rob's contact:

rob@allthewhey.com

Let him know I referred you.

Also I did receive your quote request I will have that to you shortly..

**Sitesh Patel, Pharm.D.**
SK Laboratories, Inc.
1173 N Grove St.
Anaheim, CA 92806
(714) 630-5006 (Office)
(714) 630-9009 (Fax)
(714) 883-4766 (Mobile)

**From:** Steve Wood [mailto:steve@seriousnutritionsolutions.com]
**Sent:** Wednesday, January 13, 2010 10:18 AM
**To:** 'Sitesh Patel'
**Subject:** question & follow up

If you were in a position where you wanted to do a protein like Synthra-6 and maybe a 5 lb'r, who would you go through? I know you probably wouldn't handle that type thing yourselves, so hope you don't mind me asking.

Also, did you get my Focus XT 10 serving request?

Thanks,
Steve

