**From:** Steve Wood
**To:** "Sitesh Patel"
**Subject:** RE: PCT assist PO
**Date:** Thursday, February 03, 2011 7:29:52 PM

PCT Assist
120 caps per bottle
Serving Size: 2 caps
Servings Per Container: 60

Amount Per Serving:
Trans Resveratrol (50%) – 500 mg
Indole 3 Carbinol – 175 mg
Horny Goat Weed (standardized for 40% Icariin) – 250 mg
Coleus Forskholi (10%) – 100 mg
Piperine (95%) – 20 mg

I had typo'd the Piperine on the chart I sent and put 5 instead of 20.

Want to do a 5k bottle run followed up by another 5k unit run right after.

Raws on my end – order is pending the Chinese new year. I3C pricing confirmed and inventory available; waiting on confirmationoof the coleus

I would like to speak with you tonight if possible. Can I please give you a call? If you are busy, it's okay. Just had a few things I wanted to go over with you that were very important.

---

**From:** Sitesh Patel [mailto:sitesh@sklabs.com]
**Sent:** Wednesday, February 02, 2011 2:38 PM
**To:** 'Steve Wood'
**Subject:** PCT assist PO

Hey Steve can you send in this email the final PO #'s with the count, and formula for the new PCT Assist? Since it is a new formula, its technically considered a new product so we need all the documentation for the master batch record.

Thanks man.

**Sitesh Patel, Pharm.D.**
SK Laboratories, Inc.
1173 N Grove St.
Anaheim, CA 92806
(714) 630-5006 (Office)
(714) 630-9009 (Fax)
(714) 883-4766 (Mobile)

DEFENDANT'S EXHIBIT 73 3/9/17
1:16CR34