**Joseph A Davis**

| | |
|---|---|
| From: | Ramseyer, Randy (USAVAW) <Randy.Ramseyer@usdoj.gov> |
| Sent: | Wednesday, December 12, 2012 5:09 AM |
| To: | Joseph A Davis |
| Cc: | Brown, Teresa (USAVAW) 4 |
| Subject: | RE: Subpoena to SK Laboratories |

This will confirm that the appearance for the subpoena issued to the Custodian of Records for SK Laboratories is continued to January 7, 2013.

We would like to have the following documents produced by January 3, 2013:

1. Billing invoices for the manufacture of M-Drol, H-Drol and Inhibit;
2. Receipts for payment for the manufacture of M-Drol, H-Drol and Inhibit;
3. Certificates of analysis for the raw powders received to produce M-Drol, H-Drol and Inhibit;
4. Lab reports and/or analyses performed by SK Laboratories on the raw powders received to produce M-Drol, H-Drol and Inhibit; and
5. Any labels or identification documents received by SK Laboratories with the raw powders used to produce M-Drol, H-Drol and Inhibit.

While we understand that production of all of the documents sought in the subpoena may be time-consuming and require additional time, we would expect the items sought in these five requests to be readily available.

At your convenience, please confirm that your client will produce these documents on or before January 3, 2013.

Thank you for your anticipated cooperation in this matter.

Randy Ramseyer
Assistant United States Attorney — Western District of Virginia
180 W. Main St., Suite B19 — Abingdon — Virginia — 24210
Office: 276.628.4161 — Fax: 276.628.7399

*NOTICE TO RECIPIENT:* The information contained in this electronic transmission is intended only for the individual or organization named above and may contain confidential or privileged information. If you are not the intended recipient, any dissemination, distribution or copying of this communication is prohibited. If you received this transmission in error, please notify us by telephone (collect, if necessary) immediately so that we can arrange for the return of all documents transmitted.

**From:** Joseph A Davis [mailto:jad@davisandwinston.com]
**Sent:** Tuesday, December 11, 2012 2:27 PM
**To:** Ramseyer, Randy (USAVAW)
**Subject:** CEL/SNS

As we discussed, here is my contact information:

Joseph A Davis

Law Offices of Davis & Winston
9454 Wilshire Boulevard
Suite 801
Beverly Hills, California 90212
E: jad@davisandwinston.com

1


DEFENDANT'S EXHIBIT 76
1:16CR34