**From:** Steve Wood <steve@seriousnutritionsolutions.com>
**Sent:** Wednesday, January 05, 2011 7:12 PM
**To:** 'Sitesh Patel'
**Subject:** quick question

Just had a question for you. The invoice form you sent over for me on the H looked familiar. That isn't affiliated with AOE is it? Theirs is like that.

The reason I ask is that they have some real quality issues with a CEL run in the past.

---

No virus found in this message.
Checked by AVG - www.avg.com
Version: 10.0.1430 / Virus Database: 2639/5618 - Release Date: 02/20/13



1

D-01190