| | |
|---|---|
| **From:** | Steve Wood <steve@seriousnutritionsolutions.com> |
| **Sent:** | Thursday, January 20, 2011 8:25 AM |
| **To:** | 'Sitesh Patel' |
| **Subject:** | RE: creatine e2 |

Glad you received and that it is fair. I appreciate all of the help.

**From:** Sitesh Patel [mailto:sitesh@sklabs.com]
**Sent:** Thursday, January 20, 2011 3:13 AM
**To:** 'Steve Wood'
**Subject:** RE: creatine e2

Received the bottle – thank you very much it is very appreciated! And yes- it is beyond fair!

**Sitesh Patel, Pharm.D.**
SK Laboratories, Inc.
1173 N Grove St.
Anaheim, CA 92806
(714) 630-5006 (Office)
(714) 630-9009 (Fax)
(714) 883-4766 (Mobile)

**From:** Steve Wood [mailto:steve@seriousnutritionsolutions.com]
**Sent:** Wednesday, January 19, 2011 1:47 PM
**To:** 'Sitesh Patel'
**Subject:** RE: creatine e2

Having CEE sent to you from Ausvita.

100 kg should make:
120 count bottles – 500 units (45 kg)
240 count bottles – 500 units (90 kg)

It should be 135 kg coming. They may make me up it to 150 total.

**From:** Sitesh Patel [mailto:sitesh@sklabs.com]
**Sent:** Wednesday, January 19, 2011 1:22 AM
**To:** 'Steve Wood'
**Subject:** RE: creatine e2

Can we do a 100kg? Its about 132M capsules or so..

You supply material

**Sitesh Patel, Pharm.D.**
SK Laboratories, Inc.
1173 N Grove St.



1

D-01225

Anaheim, CA 92806
(714) 630-5006 (Office)
(714) 630-9009 (Fax)
(714) 883-4766 (Mobile)

**From:** Steve Wood [mailto:steve@seriousnutritionsolutions.com]
**Sent:** Monday, January 17, 2011 10:07 PM
**To:** 'Sitesh Patel'
**Subject:** creatine e2

Creatine E2 120 and 240's don't sell great anymore, but sell enough to be worth having.

What is the minimum run you can do on these to still give me the same pricing?

---

No virus found in this message.
Checked by 'AVG - www.avg.com
Version: 10.0.1430 / Virus Database: 2641/5640 - Release Date: 03/01/13

D-01226