# CATHERINE ADAMS HUTT, Ph.D., R.D., C.F.S.



**Address:**  4568 Elm Bottom Circle
Aubrey, TX 76227
&
124 South Fairfax
Alexandria, VA 22314

**Telephone:**  630-605-3022

**E-mail:**  cadams@rdrsol.com

## PROFESSIONAL SUMMARY:

With experience in the public and private sectors, Dr. Adams Hutt provides advice and guidance on a wide range of topics. Catherine has senior experience in health and wellness, business strategy, product development, regulatory compliance, food safety, quality systems management, supply chain, and software solutions for management of quality and product development processes.

Dr. Adams Hutt is a recognized expert and leader in the areas of nutrition, food safety, and regulatory matters and routinely supports clients as expert witness. She is also an accomplished leader for the creation and execution of strategic change designed for business results. She successfully works at the interface of disciplines for solutions; including nutrition, food safety, innovation, regulatory, quality, and food science. She excels at strategic analysis and problem solving and builds coalitions designed for results. Dr. Adams Hutt has senior executive experience with the manufacturing and food service industries, trade associations and regulatory agencies in the Federal Government. Her business experience includes the creation, design and launch of innovative applications of global Quality and food safety management systems, supporting Quality and Product Development as cornerstones for successful business growth. She designed and executed nutrition strategy for a global business leading reformulation and product innovation designed to promote health. Catherine recommends and leads implementation of business strategies and new products designed for success using health and wellness as a business platform. She drove the creation and implementation of novel internet-based information management systems for product lifecycle management, aligning Research & Development, Nutrition, Marketing, Quality, Procurement and Operations. She also designed and drove implementation of supplier food safety and Quality management programs with proven results for enhanced effectiveness and efficiency, with integration of sustainable agriculture practices.

Excluded

DEFENDANT'S EXHIBIT 77
1:16CR34-001

Dr. Adams Hutt has senior leadership experience in multiple Fortune 200 businesses and has been Chief Executive Officer for a bakery manufacturing business, leading a safety, production, and quality turnaround. She also has extensive experience with Federal and state regulatory policies delivering regulatory compliance and food safety. She has been a leader in nutrition, food safety, and quality programs with experience in organizing and managing teams in the manufacturing and food service industries. As Assistant Administrator of USDA's Food Safety and Inspection Service, she was the third highest ranking leader in the agency of over 7500 professionals.

Catherine is recognized by leadership teams and by her peers as a strategic visionary with strong business orientation and acumen, an innovative thinker, a decisive leader, and a demanding professional with extraordinary integrity and strong people skills. She is trained as a corporate media spokesperson and has exceptional communication and presentation skills.

**EDUCATION:**
PhD, Food Science, University of Illinois, Champaign-Urbana (1986)
MS, Food Science & Human Nutrition, Michigan State University, East Lansing (1981)
BS, Food Science, Pennsylvania State University, University Park (1979)
ISO 9000 Lead Assessor Program, Chipping Campden, UK (1992)
Carnegie Mellon University Senior Executive Management Program, Pittsburgh, PA (1990)
FDA Better Process Control School, University Park (1978)
Harvard Business School Agribusiness Seminar (2009)

**HONORS and CERTIFICATIONS:**
Graduation from Pennsylvania State University with Highest Distinction (First in Class) (1979)
US Federal Government, Senior Executive Service (inducted 1990)
Distinguished Alumnus, Pennsylvania State University College of Agriculture (1995)
Fellow, Pennsylvania State University (2008)
Fellow, Institute of Food Technologists (2009)
Member, Cosmos Club (inducted 2011)
Member, Phi Tau Sigma Honorary Society
Registered Dietitian
Certified Food Scientist

**WORK EXPERIENCE:**

***President and CEO, RdR Solutions Consulting, LLC***
***(June 2008 – Present)***
- Consulting organization with focus on for food safety, health and wellness, regulatory compliance, labeling, food safety policy, and quality systems management.
- Supports businesses with strategic guidance and problem-solving for food safety, regulatory compliance, and wellness platforms.
- Supports businesses to prevent and manage food regulatory and food safety crisis situations; provides expert witness in litigation cases.
- Directs new product development based on consumer trends and policy landscapes for health and wellness, and food safety.

- Supports regulatory compliance and brand development for functional foods, dietary supplements, and medical foods.
- List of Expert Witness cases available upon request.

**Chief Regulatory and Science Officer, SloanTrends**
**(August, 2011 – Present)**
- Interprets scientific literature and data in order to identify emerging consumer market opportunities in the food and beverage business.
- Creates sustainable business opportunities and customer-centric new product solutions for food and beverage, dietary supplement, pharmaceutical, foodservice, ingredient, and commodity board marketers.
- Provides trend interpretation, forecasts and actionable market recommendations; strategic counsel on media, regulatory, safety, quality system, and scientific issues.
- Develops cutting-edge product concepts with on-target marketing messages and regulatory claim positioning to protect and drive business.

**Chief Executive Officer, Landes Foods (designed to be short-term consultancy role)**
**(June 2015 – September 2015)**
- Led a $26M bakery manufacturing business, based in Dallas, Texas.
- Designed a turn-around for the privately-held company; building systems to drive improvements in safety, productivity, efficiencies, and quality performance.
- Drove Global Food Safety Initiative (GFSI) quality systems implementation.
- Changed the existing culture to one that is a safety, quality and recognition culture.
- Delivered programs that reduced employee turnover and accelerate quality improvements.
- Delivered programs that enhanced worker safety programs and processes.
- Drove new business opportunities that will substantially expand revenue, and profitability; rationalizing the supply and customer base in order to improve margin and profit.

**Senior Advisor, Leavitt Partners**
**(May 2010 – December 2013)**
- Provided consulting on food safety, quality systems, and health policy issues.

**McDonald's Corporation**
**Corporate Vice President, Worldwide Quality, Food Safety and Nutrition**
**Chief Quality Officer, WW Supply Chain**
**(January 2004 – June 2008)**
- Developed and implemented a nutrition strategy to support the global business.
- Worked closely with Worldwide Marketing, Worldwide Communications and WW Menu Management (Research and Development) to implement and promote improved nutrition guidelines.
- Served as a corporate media spokesperson on scientific issues including food safety, Quality and nutrition.
- Developed and implemented an appropriate approach for engagement with key influence agents, including health professionals and consumer activists.
- Led relationships with key food industry trade and professional associations.

- Developed food safety systems to optimally support appropriate food safety standards and practices worldwide for suppliers and restaurants.
- Led the development of a global supplier Quality management system and distributor Quality management system, including HACCP and statistical process control.
- Led the development of criteria for classifying suppliers according to risk and assigning appropriate risk-based audit standards.
- Led engagement for current and emerging food safety issues.
- Developed proactive strategies to protect the Brand.
- Sponsored the McDonald's Food Safety Advisory Council.
- Supported the Legal Team proactively and in litigation.
- Led the corporate worldwide quality team.
- Developed systems to optimally support quality standards and policies worldwide.
- Improved quality practices system-wide in order to deliver world-class products to consumers.
- Drove worldwide development and implementation of Quality management tools.
- Initiated and led the development and implementation of a state-of-the-art internet-based information system for managing products, suppliers and menu worldwide.
- Shared responsibility to support social responsibility policies for the global business, including animal welfare and environmental practices.
- Led the reorganization of our European Supply Chain team, including Quality, Food Safety and Procurement.

**Coors Brewing Company, Vice President Quality & Environmental Health & Safety (January 2003 – December 2003)**
- Led the development and implementation of enterprise-wide world-class Quality systems.
- Developed and delivered the strategy to build a Corporate Quality department with oversight responsibility for Quality and food safety for the global Coors' operations.
- Led the development of global web-based knowledge management systems.
- Led corporate compliance for environmental, health and worker safety programs.
- Led the development of rigorous corporate food security programs.
- Drove the delivery of a strong safety culture for all global sites.
- Led the Corporate team to define and deliver highly drinkable beers.
- Led the integration of social responsibility into the Quality agenda for the Company.

**Heinz North America & Frozen Foods, Quality Lead (September 1999 – December 2003)**
- Led the development and implementation of world-class Quality systems, including food security planning and execution.
- Managed food safety control programs, including crisis response planning and product disposition.
- Developed a business model for product and vendor approval supporting e-commerce.

**YUM! Brands (formerly Tricon Global Restaurants, Inc.) (included over 30,000 Pizza Hut, KFC & Taco Bell domestic & international restaurants), Head Food Safety and Restaurant Quality (September 1997 – August 1999)**

- Developed YUM! Brands as a leader in food safety for the global food industry.
- Developed and implemented YUM! Brands food safety crisis management program and led all food safety-related crisis responses.
- Led a Field food safety and restaurant quality team, supporting regulatory compliance and improved product quality.
- Developed and implemented food safety training and restaurant audit programs.
- Developed, installed and maintained a QA Hotline for YUM! Brands restaurants for domestic and international operations.
- Developed and maintained a centralized nutrition database and responded to customer inquiries/medical food sensitivities.

**Campbell Soup Company, Director Worldwide Quality Systems (June 1993 – September 1997)**
- Developed the concept and implementation strategy for a customized Quality and Food Safety management system based on ISO 9001 and HACCP for all Campbell businesses and plants worldwide (over 100 locations globally).
- Engineered an ISO 9001-based management system's novel application in R&D, Marketing, Sales and Engineering.
- Led a three-year strategic initiative for nutrition and health.
- Optimized the use of consumer complaints for improving product Quality.

**Grocery Manufacturers of America, Director Scientific Affairs (October 1991 – June 1993)**
- Represented the food manufacturing industry to Government agencies, including US Department of Agriculture, Food & Drug Administration, Centers for Disease Control and Environmental Protection Agency. Organized and sponsored the first ISO 9000 conference to be convened in the US for the food industry.
- Provided technical and administrative support for a lobbying committee addressing microbiological and chemical food safety.
- Served as an invited Expert Consultant to the EU Food-Linked Agribusiness Research Group on HACCP and predictive microbiology.

**US Department of Agriculture – Food Safety and Inspection Service, Assistant Administrator (April 1990 – October 1991) and Special Assistant to the Administrator (December 1987 – April 1990)**
- Initiated and led the development of HACCP as a regulatory tool for Federal and State regulatory programs.
- Served as a primary spokesperson for the Federal meat and poultry regulatory agency in national and international forums.
- Served as the scientific technical expert for the Agency and the Secretary of Agriculture on food safety and toxicology issues.
- Chaired national and international committees, including the Federal Advisory Committee on Microbiological Safety of Foods & the Codex Alimentarius Commission Committee on Food Hygiene (including the Codex HACCP Subcommittee which defined the current HACCP system and gained international consensus).
- Prepared and tabled the international proposal to the Agricultural Negotiations of the GATT Uruguay Round on Sanitary and Phytosanitary Regulations.
- Participated as an expert member of two World Health Organization consultative groups on (a) HACCP and (b) *Listeria monocytogenes*.

- Member of the US Department of Agriculture Cooperative Project for Technical Assistance to the Former Soviet Union.

**US Department of Agriculture – Extension Service, National Program Leader – Food Safety (May 1987 – December 1987)**

## MAJOR PROFESSIONAL ACTIVITIES:

- Faculty Member, 4th Annual Global Food Law and Policy Summer Academy, Italy
- Owner, Rialto Racing Stables – a Thoroughbred racing and breeding business
- Owner, Rancho di Rialto – a working horse and cattle ranch in Aubrey, Texas
- Member, Advisory Board, Greenonyx, LLC
- Member, Advisory Board, Stonestop (a medical food)
- Senior Advisor, PureTech Ventures
- Former Chair, Council III (Science & Technology), 2002 Conference for Food Protection (CFP); Delegate, CFP, Council III (2012 & 2014)
- Former Member, American Heart Association Better Diet Business Committee
- Former Chair, Institute of Food Technologists (IFT) Food Laws and Regulations Division
- Former Board of Directors Member, IFT (elected position)
- Former Board Member, Ready By 21 (Youth Development Non-profit Organization)
- Candidate, IFT President (2011 & 2012)
- Former Chair, IFT Food Executive Leadership Forum and Senior Food Official Engagement Committee
- Grant Reviewer, US Department of Agriculture National Institute for Food and Agriculture (2011)
- Charter Member, Armsby Honorary Society, Pennsylvania State University.
- Member IFT (since 1978) and Former Chair Continuing Education Committee and Long-Range Planning Committee
- Former Member, Pennsylvania State University Advisory Committee to the College of Agriculture; Former Member Volunteer Fund Raising Committee
- Former Member: Pennsylvania 4-H Horse Program Endowment Committee
- Former Advisory Board Member, AgriCapital Investments
- Former Editorial Board Member and current reviewer, *International Journal of Food Control.*
- Former Co-Chair, NFPA-SAFE Supplier Audit Council
- Former US Delegate, FAO-WHO Codex Alimentarius Commission Food Hygiene Committee.
- Former Co-Chair, HACCP Working Group, Codex Alimentarius Commission, Food Hygiene Committee
- Former Member, US Delegation, FAO-WHO Codex Alimentarius Commission Committee on Import/Export Inspection & Certification.
- Former Co-Chair, YouthPlaces Quality Program Committee, City of Pittsburgh

**Prior Legal Case Experience (past five years)**

1. Shawn Love vs. Ruby Tuesday, Inc., Circuit Court for Baltimore City, Court File No. 24-C-14-002417 OT (Law Firm: KalbaughPfund & Messersmith)
   - Food safety event, provided expert report for the defense. Plaintiff withdrew the case.

2. Barbara J Frazier vs. Ruby Tuesday, Inc., Prince George's County District Court, MD, Case No. 0502000098952013 (Law Firm: KalbaughPfund & Messersmith)
   – Personal injury, safety; provided expert opinion for the defense. Plaintiff withdrew the case.

3. Eldredge D Williams vs. Westfam Restaurants et al., Civil action No. CV-2010-73; HC&D File No. 200-02038
   – Food safety event; provided expert report and affidavit on behalf of the defense (Burger King restaurant); the case settled before going to trial.

4. Zentis Food Solutions North America LLC vs. Continental Food Sales and A&P Fruit Growers Ltd.; US District Court, Northern District of Indiana, South Bend Division. Case No. 3:11-CV-00425 – CAN (Law Firm: Kightlinger Grey)
   - Food contamination event; reviewed physical plant and processing operations and provided expert opinion for the defense (blueberry processors); the case settled.

5. Clemmy's LLC vs. Nestle USA, Inc & Nestle USA, Inc vs. Clemmy's LLC; Superior Court of the State of California, County of Los Angeles, Central District, Case No. BC500811 (Law Firm: Girardi Keese)
   - Regulatory labeling compliance and standard of identity issue along with unfair trade allegations; provided expert summary of opinion and deposition regarding labeling rules, including naming and flavor identification; and standard of identity on behalf of Clemmy's. Case settled without compensation to either side.

6. Insurance settlement for Garden Fresh Foods (Law Firm: Wade Clark Mulcahy)
   - Industry best practice and due diligence investigation related to Class I recall

7. Leslie Reilly vs Chipotle Mexican Grill, Inc, U.S. District Court Southern District of Florida, Case No. 1:15-cv-23425 COOKE/ TORRES (Law Firm: Harke, Clasby and Bushman, LLP)
   - Class action for meat and poultry menu items sold as "non-GMO". Case in appeal.