MRZ Exports LLC
3510 US Hwy 70
Efland NC 27243

```
          SOUTH BRUNSWICK STATION
          OCEAN ISLE BEACH, North Carolina
                    284695501
                 3613950470 -0097
  07/20/2011    (910)579-5199.    03:44:11 PM

                    Sales Receipt
  Product           Sale  Unit          Final
  Description       Qty   Price         Price

  OCEANSIDE CA 92052                    $18.30
  Zone-8 Express Mail
  PO-Add Flat Rate Env
  1.60 oz.
  Label #: EI058755155US
  Fri 07/22/11 03:00 PM - Guaranteed
  Delivery
  Signature Waived
                                       ========
  Issue PVI:                             $18.30

  Total:                                 $18.30

  Paid by:
  Debit Card                             $18.30
     Account #:        XXXXXXXXXXXX6161
     Approval #:       178379
     Transaction #:    619
     23 903230449
     Receipt#:         001856
```

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.
************************************
************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
************************************
************************************

Bill#: 1000301401898
Clerk: 09

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business
************************************
************************************
HELP US SERVE YOU BETTER

Go to: https://postalexperience.com/Pos

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

YOUR OPINION COUNTS
************************************
************************************

Customer Copy

```
CALLAHANS
1-800-344-3t
WWW.CAL!            .COM
DATE 07/..??  /    TIME 17:00

PLU5 T1                      $5.98
PLU5 T1                      $7.00
TAX1                         $0.88
TOTAL                       $13.86
CASH                        $13.86
NO REFUNDS. EXCHANGES
CHEERFULLY MADE.
CLERK 1           166672   00000
```



DEFENDANT'S
EXHIBIT
74
1:16CR34011

180366_1_2_000130