```
        DANVILLE MAIN POST OFFICE
            DANVILLE, Virginia
                245419998
             5514560360 -0095
07/11/2011      (804)792-4576        02:39:41 PM

                 Sales Receipt
Product          Sale   Unit          Final
Description      Qty    Price         Price

OCEANSIDE CA 92052                    $18.30
Zone-8 Express Mail
PO-Add Flat Rate Env
 2.00 oz.
 Label #: EG339628982US
 Wed 07/13/11 03:00 PM - Guaranteed
 Delivery
 Signature Waived
                                      ========
Issue PVI:                            $18.30

Total:                                $18.30

Paid by:
Debit Card                            $18.30
  Account #:           XXXXXXXXXXXX6666
  Approval #:          260751
  Transaction #:       431
  23 902830322
  Receipt#:            001575

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.
*******************************************
*******************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
*******************************************
*******************************************

Bill#: 1000503843442
Clerk: 28

   All sales final on stamps and postage
   Refunds for guaranteed services only
        Thank you for your business
*******************************************
*******************************************
         HELP US SERVE YOU BETTER

  Go to: https://postalexperience.com/Pos

         TELL US ABOUT YOUR RECENT
              POSTAL EXPERIENCE

            YOUR OPINION COUNTS
*******************************************
*******************************************

                 Customer Copy
```



DEFENDANT'S EXHIBIT 75 1:16CR34001 3-10-2017